UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 09-184** |
| **KEVIN LEWIS** | **SECTION "B"(5)** |

**ORDER**

Considering the Motion to Alter or Amend Judgment (Rec. Doc. No. 158) and Motion to Supplement Motion to Alter or Amend Judgment (Rec. Doc. No. 163),

**IT IS ORDERED** that the Motion is **DISMISSED** as untimely. Federal Rule of Civil Procedure 59(e), which applies to 42 U.S.C. § 2255 petitions, provides that "a motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Final judgment was entered November 6, 2014. The instant motion was filed December 11, 2014 and is untimely.

New Orleans, Louisiana, this 22nd day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE