U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Jan 07 2021

CAROL L. MICHEL
CLERK

To: Honorable Judge Ivan Lemelle
From: Kevin Lewis
Date: 1-04-2020
Re: Kevin Lewis 09-184. Compassionate Release.

Dear Judge Lemelle,

I'm writing to you regarding the Compassionate Release Motion I filed with the Court in August, 12, 2020. Due to the fact that my mother has been in an terrible accident that has left her nearly immobile, my release address has changed since my initial filing. If this Honorable Court decides to grant Compassionate Release, I will be residing at:

2624 Cliffside Drive
Columbia, S.C. 29209.

This is the address of my only child Cypress Jamison who lives in a 3 bedroom, 2 bathroom home with my 2 year old granddaughter. In case of emergencies (medical), there is an hospital near her home, and she is an License Practice Nurse.

Note: Despite BOP's best efforts to curtail the spread of COVID-19, I am now housed at FCI Pollock where hundreds of inmates just recently tested positive for the coronavirus. I've never tested positive for COVID-19 and it's freightening because my underlying conditions. Also, since arriving at FCI Pollock a update in my medical records shows that I have been officially diagnosed with hypertension.

Sincerely
Kevin Lewis

Kevin Lewis #31106-034
Pollock (FCI)
Federal Correctional Institution
P.O. Box 4050
Pollock, La. 71467

70130-336726

Clerk of Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana

SHREVEPORT LA 710
4 JAN 2021 PM 3 L



